## United States District Court
### Violation Notice

EV 12

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4843822 | Jimenez | 110 |

4843822

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 11/25/2015 1600 | 32 CFR 634.25(f) <br> USC 46.2-613(1) |

Place of Offense

Gunston Road at 13th St

Offense Description: Factual Basis for Charge  HAZMAT ☐

Operating vehicle with expired license plates

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Perrine | Andrew | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| V32-2143 | IL | 09 | Nissan Alt | | Blk |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 75 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 100 Total Collateral Due

**YOUR COURT DATE**

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 401 Courthouse Ct <br> Alexandria, VA | 02/01/2016 |
| | Time (hh:mm) 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011)  Original - CVB Copy

CVB SCAN DEC 15, 2015 13:59

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 November 2015 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I unit 110 was traveling North bound on Gunston road when I observed a vehicle that appeared to have expired license plates. A VCIN check on license plate # V32-2143 out of Illinois revealed the plates to in fact be expired as of September 2015. Mr. Perrine, whom possessed license # P650-0039-2003 out of Illinois stated that his mother had sent him the new plate stickers in the mail. Mr. Perrine was issued a CVB for operating vehicle with expired license plates.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/26/2015
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.